Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| | |
|---|---|
| BOSCH REXROTH CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant. | **S U M M O N S**<br><br>1 : 2 1 - c v - 0 0 3 6 7 |

**TO**: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                                                /s/ Mario Toscano
                                                Clerk of the Court

## PROTEST

| | |
|---|---|
| Port of Entry: Atlanta, Georgia (1704) | Center (if known): |
| Protest Number: 1704-20-101845 | Date Protest Filed: March 3, 2020 |
| Importer: **Bosch Rexroth Corp.** | Date Protest Denied: February 3, 2021 |
| Category of Merchandise: Hydraulic powered swing, winch, and travel drives | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 00406249210 | 10/10/2018 | 09/06/2019 | 00406320920 | 10/23/2018 | 09/20/2019 |

Please see attached continuation sheet.

Continued on Forms 1-3 and 1-4.

                                                      **William R. Rucker**
                                                      **Faegre Drinker Biddle & Reath**
                                                      **191 N. Wacker Drive, Suite 3700**
                                                      **Chicago, IL  60606**
                                                      **(312) 569-1157**
                                                      **randy.rucker@faegredrinker.com**

Form 1-2

# CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Hydraulic Powered Swing, Winch, and Travel Drives | 9903.88.01 | 25% Section 301 Duty | 9903.88.14 | Excluded from Section 301 duties |
| | 8412.29.8045 | Free | 8412.29.8045 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C.§ 1514(a)] and the Protest Claim: Liquidation with assessment of Section 301 tariffs – the subject products are excluded from Section 301 tariffs.

The issue which was common to all such denied protests: Exclusion from Section 301 tariffs.

Every denied protest included in this civil action was filed by the above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

      /s/ William R. Rucker  
*Signature of Plaintiff's Attorney*

      July 30, 2021  
*Date*

Form 1-3

**SCHEDULE OF PROTESTS**

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port of Entry |
|---|---|---|---|---|---|---|
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406320946 | 10/24/2018 | 09/20/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406366030 | 11/13/2018 | 09/27/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406395708 | 11/07/2018 | 10/11/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406460379 | 11/30/2018 | 10/25/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406460387 | 11/28/2018 | 10/25/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406506890 | 12/06/2018 | 11/01/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406523531 | 12/19/2018 | 11/01/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406523580 | 12/05/2018 | 11/08/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406523598 | 12/05/2018 | 11/08/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406572686 | 12/24/2018 | 11/22/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406587684 | 12/19/2018 | 11/22/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406653775 | 01/10/2019 | 12/09/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406653817 | 01/24/2019 | 12/06/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406653858 | 01/16/2019 | 12/13/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406653866 | 01/11/2019 | 12/06/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406657701 | 01/14/2019 | 12/13/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406662628 | 01/14/2019 | 12/13/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406662735 | 01/21/2019 | 12/13/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406691213 | 01/28/2019 | 12/20/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406691247 | 01/28/2019 | 12/20/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406713181 | 01/28/2019 | 12/20/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406717331 | 02/05/2019 | 12/20/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406717349 | 02/05/2019 | 12/20/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406721895 | 01/25/2019 | 12/27/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406739509 | 02/04/2019 | 12/27/2019 | 1704 |

Form 1-4

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port of Entry |
|---|---|---|---|---|---|---|
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406739533 | 02/01/2019 | 12/27/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406739541 | 02/04/2019 | 12/27/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406739558 | 02/01/2019 | 12/27/2019 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406766361 | 02/06/2019 | 01/10/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406770744 | 02/14/2019 | 01/10/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406796251 | 02/19/2019 | 01/17/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406796269 | 02/19/2019 | 01/17/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406796293 | 02/14/2019 | 01/10/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406796301 | 02/14/2019 | 01/17/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406840471 | 03/04/2019 | 01/24/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406840497 | 03/04/2019 | 01/24/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406878570 | 03/11/2019 | 01/31/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406896531 | 03/19/2019 | 02/14/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406898875 | 03/12/2019 | 02/07/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406906975 | 03/21/2019 | 01/31/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406906991 | 03/22/2019 | 01/31/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406907007 | 03/22/2019 | 01/31/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406913146 | 03/26/2019 | 02/07/2020 | 1704 |
| 1704-20-101845 | 03/03/2020 | 02/03/2021 | 00406913344 | 03/19/2019 | 01/31/2020 | 1704 |